UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**RAJ RAJARATNAM**                                                                      CIVIL ACTION NO.: 18-CV-3234

                                        vs                                   *Plaintiff*

**MOTLEY RICE, LLC, et al.**

                                                                              *Defendant*

## AFFIDAVIT OF SERVICE

State of South Carolina }
County of Charleston }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of South Carolina,

That on 06/13/2018 at 12:20 PM at 28 Bridgeside Blvd., Mount Pleasant, SC 29464

deponent served a(n) **Summons in a Civil Action, Complaint Jury Trial Demanded, Chambers Practices of Judge Kiyo A. Matsumoto and Local Rules of the United States District Courts for the Southern and Eastern Districts of New York**

on **Michael E. Eisner**

by delivering thereat a true copy of each to **Amanda Unterreiner  [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **28 Bridgeside Blvd., Mount Pleasant, SC 29464**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **06/14/2018**

**c/o Motley Rice, LLC**

Description of Person Served:
Gender: Female
Skin:  White
Hair: Black
Age: 22 - 35 Yrs.
Height: 5' 9" - 6' 0"
Weight: 131-160 Lbs.
Other:

Sworn to before me this
30 day of June, 2018

_____
NOTARY PUBLIC

OCTAVIA SMITH
My Commission Expires
NOTARY
PUBLIC
10-01-2025
STATE OF SOUTH CAROLINA

_____
K. Joe Hill
License No. D0002263

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x  Civil Action No: 18-CV-3234

RAJ RAJARATNAM

                                      Plaintiff,

              -against -

MOTLEY RICE, LLC, et al.

                                  Defendants.

------------------------------------------------------------------------x

**AFFIDAVIT OF**
<u>**NON-MILITARY**</u>
<u>SERVICE</u>

STATE OF NEW YORK    )

COUNTY OF NEW YORK  )     :SS

      **CHRISTINA LEE**, being duly sworn, deposes and says:

1.     I am over 18 years of age, and am not a party to this proceeding, and reside in the State of New York.

2.     On July 2, 2018, I performed internet/database searches on the Department of Defense Manpower Date Center (DMDC) using Michael E. Elsner's name, and date of birth.  Based on the information I have furnished, the DMDC does not possess any information indicating that Michael E. Elsner is currently on active duty. Please see print-outs attached hereto.

3.     Based on the above searches, Michael E. Elsner is not in the military service of the United States, in any capacity.

                                    CHRISTINA LEE

Sworn to before me this
2nd  day of July, 2018

Notary Public

HE YI WENG
Notary Public, State of New York
No. 01WE6178606
Qualified in Kings County
Commission Expires Dec. 03, 20_1_9