

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Robert Balin**
212.489.8230 tel
212.489.8340 fax
RobBalin@dwt.com

**VIA ECF**

Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  ***Rajaratnam v. Motley Rice, LLC, et al*, No. 1:18-cv-03234-KAM-RML**

Dear Judge Matsumoto:

We are counsel to defendants Motley Rice, LLC and Michael E. Elsner (collectively, the "MR Defendants"). Pursuant to Your Honor's Individual Practices (§ IV.C.1(c)), we write to specify the papers to be filed today in support of the MR Defendants' Motion to Dismiss Plaintiff's Amended Complaint in this action (the "Motion"). The Motion will be fully briefed today.

The following moving papers, which were served upon all counsel of record in this action on April 12, 2019, will be electronically filed herewith:

- Notice of Motion by defendants Motley Rice, LLC and Michael E. Elsner to Dismiss the Amended Complaint;

- Declaration of Robert D. Balin in Support of the Motion to Dismiss the Amended Complaint, with Exhibits A-F thereto; and

- Memorandum of Law in Support of Motion to Dismiss the Amended Complaint.

Later today, the MR Defendants will also electronically file a Reply in Support of their Motion to Dismiss.

Respectfully submitted,

Davis Wright Tremaine LLP

/s/ Robert Balin
Robert Balin

4837-3567-9391v.1 0111362-000001

Anchorage  New York    Seattle
Bellevue   Portland    Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com