# LUPKIN PLLC

80 Broad Street, Suite 1301
New York, NY 10004

———

Tel: (646) 367-2771
Fax: (646) 219-4870
www.lupkinpllc.com

August 22, 2018

**VIA ECF**

Hon. Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**    **Raj Rajaratnam v. Motley Rice, LLC, et al, Case No. 1:18-cv-03234-KAM-RML (EDNY); Extension of time to Serve Defendant "Rudra"**

Dear Judge Levy:

This firm represents plaintiff Raj Rajaratnam in this matter. I respectfully submit this letter to request, as a matter of good order, an extension of time to serve the complaint in the above-captioned action upon the defendant named pseudonymously as "Rudra" and believed to be a resident of Sri Lanka.

On June 1, 2018, I caused to be filed a complaint commencing this action. (ECF Docket #1). Service of the complaint has been effectuated with respect to all defendants other than Rudra. (ECF Docket #s 17 to 20 and 26). In ordinary circumstances, pursuant to Fed. R. Civ. P. 4(m), the time to serve the complaint on Rudra would have expired on August 30, 2018. Rule 4(m), however, does not apply to service in a foreign country under Fed. R. Civ. P. 4(f). Rule 4(f) authorizes service upon an individual in a foreign country by internationally agreed means of service, including the procedures authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Convention"). Sri Lanka is a party to the Hague Convention.

Out of an abundance of caution, on August 29 and December 20, 2018 and on April 25, 2019, I caused to be made certain applications to extend the time for service upon defendant Rudra. (ECF Docket #s 29, 41, and 49). On September 7, 2018, January 4, 2019, and on April 29, 2019, the Court granted plaintiff's motions for extensions of time to serve the complaint on Rudra for additional periods of 120 days. (Order 9/7/18; Order 1/4/19; Order 04/26/19). Accordingly, the remaining time to serve defendant Rudra expires on August 24, 2019.

Hon. Robert M. Levy
August 22, 2019
Page 2 of 2

I now respectfully request that the Court extend the time for service, in the interests of good order, for an additional period of 120 days to allow plaintiff Rajaratnam to seek to effectuate service upon defendant Rudra.

This is the fourth request made to this Court for the relief requested herein.

              Respectfully,

              /s/ Jonathan D. Lupkin

              Jonathan D. Lupkin

cc: All Counsel of Record (via ECF)

4827-7471-7599, v. 1